JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT McCLINTOCK,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | CASE NO. 2:16-CV-02658-GW (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

DATED: March 26, 2018

_____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE