ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Vincent McClintock

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VINCENT McCLINTOCK, | CASE NO. CV 16-02658-GW(SK) |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | |
| NANCY A. BERRYHILL, Deputy Commissioner of Social Security, Performing the Duties and Functions Not Reserved to the Commission of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FIVE-THOUSAND SIX-HUNDRED FIFTY DOLLARS and NO CENTS ($5,650.00), subject to the terms of the Stipulation.

Dated: May 2, 2018          _____/s/ George H. Wu_____
                            GEORGE H. WU, U.S. DISTRICT JUDGE

-1-